UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) BILL PHIM, a/k/a "Bonez,"<br>(2) ERICKSON DAO, a/k/a "Silent,"<br>(3) BRIAN GINGRAS, a/k/a "Cheech," and<br>(4) MARCUS HOLDER, a/k/a "Heartless,"<br><br>                  Defendants | Criminal No. 23cr10199<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams and More of Methamphetamine<br>(21 U.S.C. §§ 846 and 841(b)(1)(A)(viii))<br><br>Count Two: Possession with Intent to Distribute 500 Grams and More of Cocaine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii))<br><br>Count Three: Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams and More of Methamphetamine<br>(21 U.S.C. §§ 846 and 841(b)(1)(A)(viii))<br><br>Count Four: Possession with Intent to Distribute 50 grams and More of Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))<br><br>Counts Five and Six: Distribution of and Possession with Intent to Distribute 50 Grams and More of Methamphetamine; Aiding and Abetting<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
500 Grams and More of Methamphetamine
(21 U.S.C. §§ 846 and 841(b)(1)(A)(viii))

The Grand Jury charges:

Beginning on a date unknown to the Grand Jury, but no later than in or about February 2022, and continuing through at least in or about April 2022, in Lowell, in the District of Massachusetts, and in Nashua, in the District of New Hampshire, and elsewhere, the defendants,

(1) BILL PHIM, a/k/a "Bonez," and
(2) ERICKSON DAO, a/k/a "Silent,"

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) is applicable to this Count.

It is further alleged that, with respect to Count One, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) BILL PHIM, a/k/a "Bonez," and (2) ERICKSON DAO, a/k/a "Silent." Accordingly, Title 21, United States Code,

Section 841(b)(1)(A)(viii) is applicable to defendants (1) BILL PHIM, a/k/a "Bonez," and (2) ERICKSON DAO, a/k/a "Silent."

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii).

COUNT TWO
Possession with Intent to Distribute 500 Grams or More of Cocaine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii))

The Grand Jury further charges:

On or about April 27, 2022, in Lowell, in the District of Massachusetts, the defendant,

(2) ERICKSON DAO, a/k/a "Silent,"

did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

COUNT THREE
Conspiracy to Distribute and to Possess with Intent to Distribute
500 Grams and More of Methamphetamine
(21 U.S.C. §§ 846 and 841(b)(1)(A)(viii))

The Grand Jury charges:

Beginning on a date unknown to the Grand Jury, but no later than in or about May 2022, and continuing through at least in or about September 2022, in Lowell, in the District of Massachusetts, and in Nashua, in the District of New Hampshire, and elsewhere, the defendants,

(1) BILL PHIM, a/k/a "Bonez," and
(3) BRIAN GINGRAS, a/k/a "Cheech,"

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count Three involved 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) is applicable to this Count.

It is further alleged that, with respect to Count Three, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) BILL PHIM, a/k/a "Bonez," and (3) BRIAN GINGRAS, a/k/a "Cheech." Accordingly, Title 21, United States

Code, Section 841(b)(1)(A)(viii) is applicable to defendants (1) BILL PHIM, a/k/a "Bonez," and (3) BRIAN GINGRAS, a/k/a "Cheech."

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii).

## COUNT FOUR
Possession with Intent to Distribute 50 Grams or More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury further charges:

On or about September 9, 2022, in Lowell, in the District of Massachusetts, the defendant,

(3) BRIAN GINGRAS, a/k/a "Cheech,"

did knowingly and intentionally possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT FIVE
### Distribution of and Possession with Intent to Distribute 50 Grams and More of Methamphetamine; Aiding and Abetting
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

The Grand Jury charges:

On or about September 30, 2022, in Lowell, in the District of Massachusetts, the defendants,

> (1) BILL PHIM, a/k/a "Bonez," and
> (4) MARCUS HOLDER, a/k/a "Heartless,"

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT SIX
### Distribution of and Possession with Intent to Distribute
### 50 Grams and More of Methamphetamine; Aiding and Abetting
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about October 18, 2022, in Lowell, in the District of Massachusetts, the defendants,

> (1) BILL PHIM, a/k/a "Bonez," and
> (4) MARCUS HOLDER, a/k/a "Heartless,"

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One through Six, the defendants,

> (1) BILL PHIM, a/k/a "Bonez,"
> (2) ERICKSON DAO, a/k/a "Silent,"
> (3) BRIAN GINGRAS, a/k/a "Cheech," and
> (4) MARCUS HOLDER, a/k/a "Heartless,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following assets:

   a. 2016 Jeep Grand Cherokee registered to Chantha Ham, bearing Massachusetts registration 2GEG82 and vehicle identification number 1C4RJFBG1GC418299;

   b. 2017 Subaru WRX registered to BILL PHIM, bearing Massachusetts registration 3EXX23 and vehicle identification number JF1VA2Z62H9806117;

   c. $1,595 in United States currency seized from the person of ERICKSON DAO on April 27, 2022;

   d. $49,986 in United States currency found within the residence of 49 Robbins Street, Lowell, MA, seized from ERICKSON DAO on April 27, 2022; and

   e. Jewelry and watches found within the residence of 49 Robbins Street, Lowell, MA, seized from ERICKSON DAO on April 27, 2022.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
FRED M. WYSHAK, III
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 26, 2023
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
_____
DEPUTY CLERK    at 2:55 PM

12